*THE LAW OFFICES OF MARK T. MIXTER*
*20 S. CHARLES STREET, 9TH FLOOR*
*SUN LIFE BUILDING*
*BALTIMORE, MARYLAND 21201*
*410.539.8415*
*410.539.8560 (FACSIMILE)*

MARK T. MIXTER
mmixter@mixterlaw.com
JENNIFER J. KEHL
jkehl@mixterlaw.com

July 3, 2014

Via Efiling
The Honorable J. Frederick Motz
United States District Judge
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      RE:    Mary Louise Dilworth v. Wyeth Pharmaceuticals, Inc.
             Our File No. 186-2853
             Case No.: JFM-10-445

Dear Judge Motz:

    I am in receipt of your notice scheduling a status conference for July 10th at 4:15 p.m. Unfortunately, I am unavailable on that date and time as I have a pretrial conference in Harford County in the case of *Presbury, et al. V. Forest Hill Health & Rehabilitation Center*, case number 12-C-12-002116.  Thereafter, my wife is scheduled for a medical procedure at the Greater Baltimore Medical Center which I plan to attend.  Furthermore, I am scheduled to start a trial the following Monday in the Circuit Court for Cecil County in the case of *Sloan v. Hutton,* case number 07-C-12-001493 which case is anticipated to last three days.  Therefore, my first available date on which I could participate in a telephone conference/status conference would be July 22nd or July 23rd.  I am also available on July 28th in the morning or late afternoon as well as the morning of July 30th or the morning of August 4th.

    We will be glad to assist the court in coordinating a new date for this status conference. We await your response.

                                Very truly yours,

                                *Mark T. Mixter*

                                Mark T. Mixter

MTM/slb
cc: Hunter K. Ahern, Esquire/Via Email - hahern@shb.com
    Alan E. Rothman, Esquire/Via Em ail - Alan.Rothman@kayescholer.com
    Liam James Montgomery, Esquire/Via Email - lmontgomery@wc.com
    F. Lane Heard, III, Esquire/Via Email - lheard@wc.com
    Aaron Levine, Esquire/Via Email - aaron.levine@kayescholer.com
    Bonnie J. Beavan, Equire/Via Email - bjb@gdldlaw.com